In the Matter of the Application of Helen D. Burnett for the Payment of Award to Parcel No. 2, in the Matter of Van Alst Avenue, etc., for a School Site.— Francis J. Sullivan, Esq., appointed referee to take proof of the claims of the city as to tax liens against the fund and report, with his opinion, to this court. The question of defraying the expenses of the reference is reserved until the coming in of the report. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of the Application for Ancillary Letters Testamentary on the Last Will and Testament of George W. Horton, Deceased.— Motion to dismiss appeal denied, upon condition that appellant file her bond within fifteen days after the service of the order to be entered herein, and notice of entry; otherwise, motion granted, with costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of the Application of Clarence S. Nettles for Admission to the Bar.— Application granted. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of the Application of Isidor Pollack for Letters of Administration upon the Estate of Emma Pawel, Deceased, etc.— As there seems to be some question, under section 2660 of the Code of Civil Procedure, whether the county treasurer of Nassau county should not have been appointed as administrator, the motion for a stay is granted, without costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of the Claim of Arcangela Staub and Angelina Staub, etc. — Motion denied, without costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.